AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Shawn Grygo<br><br>*Defendant* | )<br>)  Case No. CR 24-337 (1) DSD/ECW<br>)<br>)<br>)<br>) |

**RECEIVED JAN 03 2025 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA**

**RECEIVED 2024 DEC 19 AM 7:48 U.S. MARSHAL MINNEAPOLIS, MN**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Shawn Grygo ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Wire Fraud 18:1349
Counts 2-10: Wire Fraud 18:1343 and 18:2
Counts 11-13: Monetary Transactions with Proceeds of Specified Unlawful Activity 18:1957

Date: 12/18/2024

City and state:   Minneapolis, MN

*Issuing officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:   ARRESTED ON 12/23/2024
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*
JAN 06 2025
*Printed name and title*
SCANNED U.S. DISTRICT COURT MPLS