March 27, 2025

**VIA: eFile and eServe**

The Honorable Katherine M. Menendez
The Honorable John F. Docherty
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:    USA v. Grygo, et al
        Court Case Number: 0:24-cr-00337-KMM-JFD

Your Honors:

My license to practice law has been suspended.

I was the legal representative for Heather Heim, who is a Defendant in the above-referenced case. It was my hope to be able to continue that representation through to the conclusion of this matter. That is not possible.

I shall not be able to appear. Going forward I shall not be able to consult or advise Ms. Heim, and I cannot appear on her behalf, in court. .

In informing Ms. Heim of my suspension, I have discussed with her the need to seek other legal counsel.

Sincerely,
/s/ Bradley John Haddy
Bradley John Haddy