UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-337 (KMM/JFD)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHAWN GRYGO, ET AL.,

      Defendant.

**NOTICE OF SUBSTITUTION**

Please substitute the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Harry M. Jacobs

Remove AUSA

Lindsey E. Middlecamp

Dated: April 21, 2025

Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

BY:   *s/Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP
Assistant U.S. Attorney