UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Shawn Grygo (1);<br>Shantel Magadanz (2); and<br>Heather Heim (3);<br><br>　　　　　　Defendants. | Criminal No. 24-CR-337 (KMM/JFD)<br><br>**DEFENDANT'S MOTION FOR BILL OF PARTICULARS** |

Defendant Shawn Grygo, by and through her attorney, Patrick Cotter, respectfully moves the Court pursuant to Fed. R. Crim. P. 7(f) for an order directing the government to file a bill of particulars.

The Indictment generally alleges a scheme of Medicaid billing fraud spanning over six years committed by all three defendants on behalf of Evergreen Recovery, Inc., Second Chances Sober Living, Inc., and Second Chances Recovery Housing, Inc. Paragraphs 1 and 2 of the Indictment allege three distinct acts of fraud: (1) billing for chemical-dependency treatment that was not provided, (2) billing for services that were not eligible for reimbursement, and (3) billing for treatment services and housing expenses when the provision of housing was conditioned on participation in services. Counts 2 through 10, described in paragraph 30 of the Indictment, allege wire fraud: each count based on one invoice identified by an invoice number, a total dollar amount, and the entities the invoices were submitted to. Nowhere in the Indictment does the government provide notice of what portions of the invoices were allegedly fraudulently billed and why those

portions represent fraud. Therefore, Ms. Grygo requests that this Court order the government to file a bill of particulars setting forth the following:

1. For each invoice, provide specific notice of the identities of all clients for whom Defendants submitted a bill for services that were not provided. For each client and service, identify the dollar amounts alleged to have been fraudulently billed, and any and all statements, events, acts, and omissions upon which the government plans to rely to prove that the billed services were not provided to that client.

2. For each invoice, provide specific notice of the identities of all clients for whom Defendants submitted a bill for services that were not eligible for reimbursement. For each client and service, identify the dollar amounts alleged to have been fraudulently billed, and any and all statements, events, acts, and omissions upon which the government plans to rely to prove that the billed services provided to that client were not eligible for reimbursement.

3. For each invoice, provide specific notice of the identities of all clients for whom Defendants (a) submitted a bill for services that Defendants required participation in as a condition of enrolling or remaining in free housing and/or (b) submitted a bill for expenses for housing that was conditioned on participation. For each client, service, and housing expense, identify the dollar amounts alleged to have been fraudulently billed, and any and all statements, events, acts, and omissions upon which the government plans to rely to prove that the individual billed services and expenses provided to that client were a condition of enrolling or remaining in free housing, and vice versa.

Ms. Grygo respectfully requests the Court set a reasonable deadline for the government to file the requested bill of particulars.

This motion is based on the Indictment, Ms. Grygo's legal memorandum attached to this motion, arguments of counsel at the hearing on this motion, any and all other materials which may be presented prior to or at the time of the hearing on this motion, and all of the files, records, and proceedings herein.

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated: October 6, 2025

*/s/ Patrick L. Cotter*
Patrick L. Cotter (#0319120)
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651)-455-1555
Fax: (651) 455-9055
patrick@siebencotterlaw.com

**ATTORNEYS FOR DEFENDANT SHAWN GRYGO**