

TEL: (612) 238-1939
FAX: (612) 436-3052
www.birrell.law
333 S. 7th St., Suite 3020
Minneapolis, MN 55402

October 6, 2025

The Honorable John F. Docherty           **<u>VIA ECF ONLY</u>**
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert St.,
St. Paul, MN 55101

    Re: <u>United States of America v. Heather Heim, 24-cr-337-KMM-JFD</u>

Dear Judge Docherty:

I write, pursuant to this Court's Second Amended Scheduling Order (Doc. No. 61), to inform the Court that Ms. Heim and the government anticipate entering into a plea agreement to resolve the case. Counsel will reach out to Judge Menendez's chambers to discuss setting the matter for a change of plea.

Accordingly, Ms. Heim will not be filing additional pretrial motions today, and requests she be excused from the October 27, 2025 motions hearing.

Thank you very much for your attention to this matter and please let you know if you need anything further.

                                      Sincerely,

                                      <u>/s/ Ian S. Birrell</u>
                                      Ian S. Birrell