# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, ) | Case No: 24-cr-337 (2) (KMM/JFD) |
| ) | Date: 10/21/2025 |
| v. ) | Court Reporter: Paula Richter |
| ) | Courthouse: Minneapolis |
| SHANTEL MAGADANZ (2), ) | Courtroom: 14W |
| ) | Time Commenced: 10:56 a.m. |
| Defendant. ) | Time Concluded: 11:37 a.m. |
| | Time in Court: 41 Minutes |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
 For Plaintiff: Harry Jacobs, Assistant United States Attorney
 For Defendant: C. Connor Cremens X Retained

PROCEEDINGS:

 X **Change of Plea Hearing.**

  X PLEA:
   X Guilty as to Count 1 of the indictment; Government will move to dismiss remaining counts at sentencing.

  X Presentence Investigation and Report requested.

  X The Court modified Ms. Magadanz's conditions to allow her to have contact with friends and family members who were employees or clients at Evergreen and the related entities. However, Ms. Magadanz is still prohibited from discussing the substance of the case with those potential witnesses or codefendants.

   s/*AJS*
Courtroom Deputy
