UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-337 (KMM/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN GRYGO, SHANTAEL MAGADANZ, and HEATHER HEIM,

    Defendants.

**AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPEAL/OBJECTIONS**

The Government respectfully moves the Court for an extension of time, to March 27, 2026, to respond to Defendant Shawn Grygo's Appeal/Objection (Dkt. No. 90) and supporting Memorandum (Dkt. No. 91) to Magistrate Judge Docherty's Order (Dkt. No. 88).

Counsel for the Government and counsel Defendant Grygo have been diligently and collaboratively working to address the pending matter, which includes gathering evidence from third parties. Counsel for both parties are mindful that large quantities of evidence has already been produced to Defendant Grygo. Counsel are working together to ensure the appropriate evidence is gathered and produced in the most usable format without including large quantities of irrelevant and unnecessary evidence.

The parties have come to an understanding to resolve the pending matter without further action from the Court and are requesting this extension to afford the parties time necessary to effectuate this understanding.

2

Defendant Grygo does not oppose the motion.

Dated: March 2, 2026						Respectfully submitted,

								DANIEL N. ROSEN
								United States Attorney

								*s/ Matthew D. Evans*
						BY:	MATTHEW D. EVANS
								Assistant U.S. Attorney