UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-337 (KMM/JFD)

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

SHAWN GRYGO, SHANTAEL
MAGADANZ, and HEATHER HEIM,

             Defendants.

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
RESPONSE TO
APPEAL/OBJECTIONS**

The Government respectfully moves the Court for an extension of time, to April 10, 2026, to respond to Defendant Shawn Grygo's Appeal/Objection (Dkt. No. 90) and supporting Memorandum (Dkt. No. 91) to Magistrate Judge Docherty's Order (Dkt. No. 88).

Counsel for the Government and Defendant Grygo have been diligently and collaboratively working to address the pending matter, which included gathering voluminous evidence in multiple formats from third parties. The Government has gathered this evidence and produced it to Defendant Grygo earlier this week. Defendant Grygo's counsel is preparing for a one-week trial beginning on March 30.

Counsel for the Government and Defendant Grygo believe this recently produced evidence will moot the underlying dispute. The requested extension will allow sufficient time for Defendant Grygo's counsel to review the evidence and confirm the dispute has been resolved.

2

Defendant Grygo does not oppose the motion.

Dated: March 27, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Matthew D. Evans*

BY:   MATTHEW D. EVANS
Assistant U.S. Attorney