# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

### CRIMINAL MINUTES – STATUS CONFERENCE

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Shawn Grygo,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Katherine M. Menendez<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 24-cr-337 (KMM/JFD) |
| Date: | 6/01/2026 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 1:00 p.m. |
| Time Concluded: | 1:15 p.m. |
| Time in Court: | 15 Minutes |

**APPEARANCES:**

Plaintiff:      Matt Evans, Assistant U.S. Attorney
Defendant:   Joshua Lowther X Retained

**MINUTES:**

The Court held a status conference in this matter on June 1, 2026. The parties agreed that the outstanding dispute regarding discovery has now been resolved, and so the Court denies Ms. Grygo's appeal [ECF 90] of the Judge Docherty's Order [ECF 88] as moot.  Moreover, the parties agreed that additional time is needed for trial preparation in light of the fact that both counsel are comparatively new to the case, and that substantial discovery remains to be reviewed.  Therefore the Court granted a continuance from the prior trial date of July 13, and the parties and the Court agreed to a trial commencing on November 9, 2026, and proceeding for two weeks.  The time between this status conference and November 9, 2026, is excluded from the Speedy Trial Act.  This is a complex white-collar case with voluminous discovery.  Each side has secured new counsel since the original Indictment was returned, and both sides requires additional time to prepare.  Therefore, the interests of justice are best served by the exclusion of this time from the Speedy Trial Act calculations.  However, the Court will not grant a further continuance of the trial date absent a substantial showing of good cause.

*s/AJS*
Judicial Assistant/Courtroom Deputy