# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANTEL MAGADANZ,

Defendant.

**DEFENDANT MAGADANZ'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Case No.: 24-CR-00337 (KMM/JFD)

Defendant, Shantel Magadanz, by her undersigned counsel, respectfully moves this Court for the following modifications of her release conditions: (1) to allow Ms. Magadanz to retain her passport from U.S. Pretrial Services, and (2) to allow Ms. Magadanz to utilize her passport to travel to the State of Nevada from September 15, 2026, to September 17, 2026, at which point she will return to Minnesota and surrender her passport to her supervising officer.

On December 19, 2024, this Court placed Ms. Magadanz on pretrial supervision under several special conditions including, but not limited to, pretrial services supervision and travel restrictions. Regarding the travel restrictions, Ms. Magadanz was ordered to both surrender her passport and limit her travel within the State of Minnesota unless approved by her supervising officer.

Ms. Magadanz complied with all her conditions of release during the entire pendency of this case. Specifically, she surrendered her passport at the inception of this matter and she has repeatedly sought and obtained approval by her supervising officer to

travel outside of the State of Minnesota. In addition, Ms. Magadanz previously sought and obtained the Court's permission to travel outside of the Country to participate in a trip to Mexico in November of 2025 and a trip to the Bahamas in May of 2026. Ms. Magadanz has consistently complied with the travel restrictions imposed on her by the Court and has demonstrated that she is not a flight risk.

On October 21, 2025, Ms. Magadanz accepted responsibility and entered a plea of guilty in this case. Ms. Magadanz would like the opportunity to spend meaningful time with loved ones in anticipation of sentencing. To achieve this, Ms. Magadanz is respectfully requesting to participate in this trip to Nevada. Pursuant to her travel restrictions, Ms. Magadanz sought permission of her supervising officer to travel to Nevada and provided U.S. Pretrial Services with a detailed itinerary, including specific flights and lodging. Ms. Magadanz does not have a real ID and therefore needs her passport to travel to Nevada. Ms. Magadanz's supervising officer advised her to bring this Motion to the Court seeking approval.

The undersigned counsel has met and conferred with both the Government's attorney and Ms. Magadanz's supervising officer from U.S. Pretrial Services and neither object to this motion.

WHEREFORE, Ms. Magadanz moves the Court to modify the Order setting Conditions of Release to allow Ms. Magadanz to retain her passport from U.S. Pretrial Services, and to permit her to utilize her passport to travel to the State of Nevada from September 15, 2026, to September 17, 2026, at which point she will return to Minnesota and surrender her passport to her supervising officer.

Respectfully submitted,

Dated: August 31, 2026

C. Connor Cremens, Reg. No. 0398326
Telephone: (651) 560-5980
Email: connor@kowitzlaw.com

Travis Kowitz, Reg. No. 0399560
Telephone: (612) 412-1679
Email: travis@kowitzlaw.com

**Attorneys for Defendant**
**Shantel Magdanz**
Kowitz Law
PO Box 598
Lindstrom, MN 55045